IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES MUNSON,

Plaintiff,

v.

MICHAEL KIMBLE, et al.,

Defendants.                                                         No. 10-0051-DRH

ORDER

**HERNDON, Chief Judge:**

Pending before the Court is attorney Rebecca Fruchtman's motion to withdraw as counsel (Doc. 11). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **APPOINTS** attorney Sanjay Agrawal, 8333 Olive Boulevard, St. Louis, MO 63132, to represent Munson in this matter.

**IT IS SO ORDERED.**

Signed this 3rd day of September, 2010.

/s/   David R Herndon
**Chief Judge
United States District Court**